# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Kendall B. Smith
Dixon Correctional Instute DOC No. 35605
P.O. Box 788, Unit 2 Dorm 7
Jackson LA 70748

### REHEARING ACTION: December 10, 2014

**Docket Number: 14   00947-CW consolidated with 964-CA**

**STATE OF LOUISIANA**
**VERSUS**
**KENDALL B. SMITH**

**Writ Application from Lafayette Parish Case No. 120554 & 127272**

**BEFORE JUDGES:**

    **Hon. Jimmie C. Peters**
    **Hon. James T. Genovese**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kendall B. Smith** has this day been

    **DENIED.**

cc: Michael Harson, Counsel for  the Respondent